IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **RHONDA LEDBETTER,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**IDN-ARMSTRONG'S, INC. and IDN GLOBAL, INC.,**<br><br>**Defendants.** | Civil Action No. 1:17-cv-4157-SCJ-LTW |

## ORDER

Plaintiff having moved to amend her Complaint [Dkt.1] to add Party-Defendant IDN, Inc., and upon review and for good cause shown, it is hereby ORDERED that Plaintiff's Motion is hereby GRANTED, the First Amended and Substituted Complaint is hereby DEEMED FILED as of this date, and the Clerk is DIRECTED to modify the caption of this case consistent with the Amended Complaint.

The Court further ORDERS that, by agreement of the parties, the deadline for all Defendants to answer or otherwise respond to Plaintiff's First Amended and Substituted Complaint is December 29, 2017.

IT IS SO ORDERED, this 12 day of December 2017.

Hon. Linda T. Walker
Magistrate Judge, U.S. District Court