# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| RHONDA LEDBETTER, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION |
| | ) NO: 1:17-cv-04157-SCJ |
| IDN-ARMSTRONG'S, INC.; | ) |
| IDN GLOBAL, INC.; and | ) |
| IDN, INC., | ) |
| | ) |
| Defendants. | ) |

## DEFENDANT'S RESPONSE TO
## PLAINTIFF'S OPPOSITION TO BILL OF COSTS

COME NOW Defendants IDN-Armstrong's, Inc., IDN Global, Inc., and IDN, Inc., and responds to Plaintiff's Opposition to Defendant's Bill of Costs as follows:

On September 12, 2019, Judge Steve C. Jones granted Defendant's Motion for Summary Judgment in its entirety and denied Plaintiff's Motion for Partial Summary Judgment. In his Order, Judge Jones DIRECTED the Clerk to enter judgment. On September 12, 2019, the Clerk of Court entered Judgment ordering that Defendants recover costs of this action. On October 8, 2019, Defendants timely filed their Bill of Costs, providing the required itemization and invoices.

Federal Rule of Civil Procedure 54 authorizes the Clerk to tax costs on 14 days' notice.  FRCP 54 goes on to state "***On motion served within the next 7 days, the court may review the clerk's action***." Defendants assert that Plaintiff's Opposition to Defendants' Bill of Costs is premature. The Clerk may tax costs authorized by 28 U.S.C. §1920. If Plaintiff is dissatisfied with the amount that the Clerk taxes, Plaintiff will have 7 days to file a Motion.

Respectfully submitted, this 30th day of October, 2019.

> */s/ Meredith Riggs Guerrero*
> Daniel C. Kniffen
> Georgia Bar No. 425380
> DKniffen@deflaw.com
> Meredith Guerrero
> Georgia Bar No. 214274
> MGuerrero@deflaw.com
> **Counsel for Defendants**

DREW ECKL & FARNHAM, LLP
303 Peachtree Street, NE – Ste. 3500
Atlanta, Georgia  30308
Telephone:  404-885-1400
Facsimile:  404-876-0992

9260127/1
00935-130428